UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**05 CR 10213 NMG**

| | | |
|---|---|---|
| UNITED STATES | ) | CRIMINAL NO. |
| | ) | |
| V. | ) | VIOLATION: |
| | ) | |
| GEORGE L. MEDINA | ) | 18 U.S.C. § 922(g)(1) |
| a/k/a JORGE L. MEDINA | ) | Unlawful Possession of |
| | ) | Ammunition by a |
| | ) | Felon |

### INDICTMENT

**COUNT ONE:**
**18 U.S.C. § 922(g)(1)**
**(Unlawful Possession of Ammunition by a Felon)**

The Grand Jury charges that:

On or about March 10, 2005, in Haverhill, in the District of Massachusetts,

**GEORGE L. MEDINA, a/k/a JORGE L. MEDINA,**

defendant herein, having previously been convicted by a court of a crime punishable by imprisonment for a term exceeding one year, did possess in or affecting commerce, ammunition, to wit: 89 rounds of .22 caliber ammunition, bearing head stamp "C".

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON OF GRAND JURY

_____
S. Waqar Hasib
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, August          , 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk   8/24/05 @ 2:21pm

JS 45 (5/97) - (Revised USAO MA 6/29/04)

05 CR 10213 NMG

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

Place of Offense: Haverhill       Category No. II       Investigating Agency  ATF

City  Haverhill          Related Case Information:

County  Essex           Superseding Ind./ Inf.  N/A        Case No.  N/A
                        Same Defendant  N/A      New Defendant  N/A
                        Magistrate Judge Case Number  N/A
                        Search Warrant Case Number  N/A
                        R 20/R 40 from District of  N/A

**Defendant Information:**

Defendant Name  George L. Medina          Juvenile  ☐ Yes  ☒ No

Alias Name  Jorge L. Medina

Address  45 Jackson Street, Haverhill, MA

Birth date (Year only): 1979   SSN (last 4 #): 1306   Sex M   Race: Hispanic   Nationality: U.S.

Defense Counsel if known:              Address:

Bar Number:

**U.S. Attorney Information:**

AUSA  S. Waqar Hasib                Bar Number if applicable  California 234818

Interpreter:  ☐ Yes  ☒ No     List language and/or dialect:

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested       ☐ Regular Process       ☒ In Custody

**Location Status:**

Arrest Date:  March 10, 2005

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody _____     ☐ Serving Sentence    ☒ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment
Total # of Counts:   ☐ Petty         ☐ Misdemeanor    ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 24, 2005         Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

05 CR 10213 NMG

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    George L. Medina, a/k/a Jorge Medina

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 922(g)(1) | Unlawful possession of ammunition by a felon | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: