**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

    v.

GEORGE L. MEDINA                    CRIMINAL CASE NO. 05-10213-NMG

**APPOINTMENT OF FEDERAL DEFENDER**
**(STYLIANUS SINNIS)**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **September 21, 2005** to represent said defendant in this cause until further order of the Court.


By:  /s/ Marianne B. Bowler
     Marianne B. Bowler
     United States Magistrate Judge


DATE: September 21, 2005

(FPDAPPNOTICECUSMJB.wpd - 11/98)                    [koapptpd.]