AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

v.

George L. Medina

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10213 NM

2005 AUG 24  P 3: 58   RECEIVED U.S. MARSHAL SERVICE

YOU ARE HEREBY COMMANDED to arrest  George L. Medina, a/k/a Jorge L. Medina
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
unlawful possession of ammunition by a felon

in violation of Title  18  United States Code, Section(s)  922(g)(1)

Catherine M. Hawlik
Name of Issuing Officer

Supervisor
Title of Issuing Officer

Catherine M. Hawlik
Signature of Issuing Officer

August 24, 2005  Boston
Date and Location

F/D # 105-8466

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at  ATF  WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON  9/21/  05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.