```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA  )
                          )
V.                        )     CRIMINAL NO. 05-CR-10213-NMG
                          )
GEORGE L. MEDINA          )
a/k/a JORGE L. MEDINA     )

### JOINT INITIAL STATUS CONFERENCE REPORT

The parties respectfully report the following with respect to the items set forth in Local Rule 116.5(A)(1):

(1) No relief is sought from the otherwise applicable timing requirements imposed by Local Rule 116.3.

(2) There are no requests for discovery concerning expert witnesses under Fed.R.Crim.P. 16(a)(1)(E).

(3) The defendant has not yet had a meaningful opportunity to review discovery provided, nor has the government received any additional requests for discovery.  The government will promptly disclose any additional material it discovers in accordance with Fed.R.Crim.P. 16(c).

(4) The parties agree that an initial motion date should not be established at this time.

(5) The parties agree that the total number of days from the defendant's arraignment until the next scheduled conference should be excluded to serve the ends of justice so that the parties may complete discovery.

(6) It is not yet known whether a trial will be needed.  If a trial ensues, the government expects such a trial to last

three days.

(7) The parties agree that an interim status conference should be set for a date approximately 28 days after the date of this conference.

                                Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                          By: /s/ S. Waqar Hasib
                                  S. WAQAR HASIB
                                  Assistant U.S. Attorney

November 2, 2005