```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )
                         )
V.                       )     CRIMINAL NO. 05-CR-10213-NMG
                         )
GEORGE L. MEDINA         )
a/k/a JORGE L. MEDINA    )

<u>ASSENTED-TO MOTION FOR EXCLUDABLE DELAY FOR PERIOD FROM
        NOVEMBER 2, 2005, UNTIL DECEMBER 1, 2005</u>

The government respectfully requests the Court to order the period from November 2, 2005, until December 1, 2005 excluded for purposes of the Speedy Trial Act. In support of this request, the government states the following:

1) The period from November 2, 2005, until December 1, 2005 is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A), to allow the government an opportunity to complete discovery, and to allow the defendant an opportunity to review such discovery.

3) The parties agreed orally during an initial status conference on November 2, 2005, to exclude the above-referenced period. This Court instructed the government to file a joint motion to such effect.

WHEREFORE, the government respectfully requests that the period from November 2, 2005, until December 1, 2005, be excluded for purposes of the Speedy Trial Act.

                                         Respectfully submitted,
                                         MICHAEL J. SULLIVAN
                                         United States Attorney

                          By:   /s/ S. Waqar Hasib
                               S. WAQAR HASIB
                               Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify I have caused a copy of the foregoing document to be served on counsel of record via electronic filing this 7th day of November, 2005.

<u>/s/ S. Waqar Hasib</u>
S. WAQAR HASIB
Assistant U.S. Attorney