UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                          )
V.                        )        CRIMINAL NO. 05-CR-10213-NMG
                          )
GEORGE L. MEDINA          )
a/k/a JORGE L. MEDINA     )

AMENDED ASSENTED-TO MOTION FOR EXCLUDABLE DELAY FOR PERIOD FROM
DECEMBER 1, 2005 UNTIL JANUARY 4, 2006

The government respectfully requests the Court to order the period from December 1, 2005, until January 4, 2006 excluded for purposes of the Speedy Trial Act.  In support of this request, the government states the following:

1) The period from December 1, 2005, until January 4, 2006 is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A), to allow the defendant an opportunity to review discovery and determine whether any motions should be filed.

3) The parties agreed orally during an initial status conference on December 1, 2005, to exclude the above-referenced period.  This Court instructed the government to file a joint motion to such effect.

WHEREFORE, the government respectfully requests that the period from December 1, 2005, until January 4, 2006, be excluded for purposes of the Speedy Trial Act.

                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ S. Waqar Hasib
                              S. WAQAR HASIB
                              Assistant U.S. Attorney

CERTIFICATE OF SERVICE

        I hereby certify I have caused a copy of the foregoing
document to be served on counsel of record via electronic filing
this 1st day of December, 2005.


                                /s/ S. Waqar Hasib
                                S. WAQAR HASIB
                                Assistant U.S. Attorney