IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA       :
                               : CRIMINAL No. 05-CR-10213-NMG
         v.                    :
                               :
GEORGE L. MEDINA               :
a/k/a JORGE L. MEDINA          :
              Defendant        :
```

JOINT REQUEST TO EXCLUDE TIME
FROM JANUARY 4, 2006 UNTIL FEBRUARY 6, 2006

The parties respectfully request that the time from the initial status conference on January 4, 2006 until the next scheduled conference on February 6, 2006 be excluded pursuant to 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

```
GEORGE L. MEDINAS              MICHAEL J. SULLIVAN
By His Attorney                United States Attorney


                        By:


/s/Oscar Cruz                  /s/Nadine Pellegrini
OSCAR CRUZ                     Nadine Pellegrini
Federal Defender's Office      Assistant US Attorney

January 4, 2006
```