IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA         :
                                 : CRIMINAL No. 05-CR-10213-NMG
        v.                       :
                                 :
GEORGE L. MEDINA                 :
a/k/a JORGE L. MEDINA            :
        Defendant                :
```

JOINT SUBMISSION OF THE PARTIES UNDER LOCAL RULE 116.5(C)

The parties submit the following pursuant to Local Rule 116.5(C):

(1) The parties agree there are no outstanding discovery issues.

(2) The Defendant does not intend to raise a defense of insanity or public authority.

(3) The United States has requested notice of alibi.

(4) The defendant anticipates filing a Motion to Suppress.

(5) The parties are discussing the possibility of an early resolution of the case without trial.

(6) The parties request that the time period between January 4, 2006, and the next scheduled court date, February 6, 2006, should be excluded under the Speedy Trial Act.

(8) The estimated length of trial is 4 days.


| GEORGE L. MEDINA | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |

By:

| /s/Stylianus Sinnis | /s/Nadine Pellegrini |
| Stylianus Sinnis | Nadine Pellegrini |
|  | Assistant US Attorney |


January 4, 2006