```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


UNITED STATES                )    CRIMINAL NO. 05-10213-NMG
                             )
     V.                      )    VIOLATION:
                             )
GEORGE L. MEDINA             )    18 U.S.C. § 922(g)(1)
a/k/a JORGE L. MEDINA        )    Unlawful Possession of
                             )    Ammunition by a
                             )    Felon
```

JOINT MEMORANDUM FOR FINAL STATUS
CONFERENCE

The United States and counsel for defendant Paradise file this joint memorandum pursuant to Local Rule 116.5(C) and state as follows:

(1) There is one outstanding discovery issue, pertaining to some photographs the parties took on a government camera of the house in Haverhill where the defendant was arrested. These photographs will be provided to counsel for the defendant by February 10, 2006.

(2) The parties do not anticipate providing additional discovery.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The defendant is not asserting an alibi.

(5) The defense anticipates filing motions that would require a ruling by the District Court.

(6) The parties request an initial motion date of April 3, 2006.

(7) At this time, the parties anticipate that this case will go to trial.

(8) The parties agree that the following periods of time are excludable for purposes of the Speedy Trial Act:

- September 22, 2005, until October 20, 2005, pursuant to 18 U.S.C. § 3161 (h)(8)(A) and L.R. 112.2(A)(2)
- November 2, 2005, until December 1, 2005, pursuant to this Court's order dated November 8, 2005.
- December 1, 2005, until January 4, 2006, pursuant to this Court's order dated December 2, 2005
- January 4, 2006, until February 6, 2006, pursuant to this Court's order dated January 5, 2006.
- February 6, 2006, until April 3, 2006, pursuant to 18 U.S.C. § (h)(1)(F) and (h)(8)(A).

The parties agree that the defendant must be tried within 58 days, for purposes of the Speedy Trial Act.

(9) The parties estimate any trial in this case will last approximately 2 to 3 days.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                 By:  /s/ S. Waqar Hasib
                                          S. WAQAR HASIB
                                          Asst. U. S. Attorney
                                          1 Courthouse Way, Suite 9200
                                          Boston, MA 02210
                                          (617)748-3184

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | CRIMINAL NO. 05-10213-NMG |
| | ) | |
| V. | ) | VIOLATION: |
| | ) | |
| GEORGE L. MEDINA | ) | 18 U.S.C. § 922(g)(1) |
| a/k/a JORGE L. MEDINA | ) | Unlawful Possession of |
| | ) | Ammunition by a |
| | ) | Felon |

JOINT MEMORANDUM FOR FINAL STATUS
CONFERENCE

The United States and counsel for defendant Paradise file this joint memorandum pursuant to Local Rule 116.5(C) and state as follows:

(1) There is one outstanding discovery issue, pertaining to some photographs the parties took on a government camera of the house in Haverhill where the defendant was arrested. These photographs will be provided to counsel for the defendant by February 10, 2006.

(2) The parties do not anticipate providing additional discovery.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The defendant is not asserting an alibi.

(5) The defense anticipates filing motions that would require a ruling by the District Court.

(6) The parties request an initial motion date of April 3, 2006.

(7)  At this time, the parties anticipate that this case will go to trial.

(8)  The parties agree that the following periods of time are excludable for purposes of the Speedy Trial Act:

- September 22, 2005, until October 20, 2005, pursuant to 18 U.S.C. § 3161 (h)(8)(A) and L.R. 112.2(A)(2)
- November 2, 2005, until December 1, 2005, pursuant to this Court's order dated November 8, 2005.
- December 1, 2005, until January 4, 2006, pursuant to this Court's order dated December 2, 2005
- January 4, 2006, until February 6, 2006, pursuant to this Court's order dated January 5, 2006.
- February 6, 2006, until April 3, 2006, pursuant to 18 U.S.C. § (h)(1)(F) and (h)(8)(A).

The parties agree that the defendant must be tried within 58 days, for purposes of the Speedy Trial Act.

(9)  The parties estimate any trial in this case will last approximately 2 to 3 days.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                 By:  /s/ S. Waqar Hasib
                                          S. WAQAR HASIB
                                          Asst. U. S. Attorney
                                          1 Courthouse Way, Suite 9200
                                          Boston, MA 02210
                                          (617)748-3184

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | CRIMINAL NO. 05-10213-NMG |
| | ) | |
| V. | ) | VIOLATION: |
| | ) | |
| GEORGE L. MEDINA | ) | 18 U.S.C. § 922(g)(1) |
| a/k/a JORGE L. MEDINA | ) | Unlawful Possession of |
| | ) | Ammunition by a |
| | ) | Felon |

JOINT MEMORANDUM FOR FINAL STATUS
CONFERENCE

The United States and counsel for defendant Paradise file this joint memorandum pursuant to Local Rule 116.5(C) and state as follows:

(1) There is one outstanding discovery issue, pertaining to some photographs the parties took on a government camera of the house in Haverhill where the defendant was arrested. These photographs will be provided to counsel for the defendant by February 10, 2006.

(2) The parties do not anticipate providing additional discovery.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The defendant is not asserting an alibi.

(5) The defense anticipates filing motions that would require a ruling by the District Court.

(6) The parties request an initial motion date of April 3, 2006.

(7) At this time, the parties anticipate that this case will go to trial.

(8) The parties agree that the following periods of time are excludable for purposes of the Speedy Trial Act:

- September 22, 2005, until October 20, 2005, pursuant to 18 U.S.C. § 3161 (h)(8)(A) and L.R. 112.2(A)(2)
- November 2, 2005, until December 1, 2005, pursuant to this Court's order dated November 8, 2005.
- December 1, 2005, until January 4, 2006, pursuant to this Court's order dated December 2, 2005
- January 4, 2006, until February 6, 2006, pursuant to this Court's order dated January 5, 2006.
- February 6, 2006, until April 3, 2006, pursuant to 18 U.S.C. § (h)(1)(F) and (h)(8)(A).

The parties agree that the defendant must be tried within 58 days, for purposes of the Speedy Trial Act.

(9) The parties estimate any trial in this case will last approximately 2 to 3 days.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                     By:  /s/ S. Waqar Hasib
                                              S. WAQAR HASIB
                                              Asst. U. S. Attorney
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA 02210
                                              (617)748-3184