```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA  )
                          )
V.                        )      CRIMINAL NO. 05-CR-10213-NMG
                          )
GEORGE L. MEDINA          )
a/k/a JORGE L. MEDINA     )
```

### ASSENTED-TO MOTION FOR EXCLUDABLE DELAY FOR PERIOD FROM FEBRUARY 6, 2006 UNTIL THE DATE OF THE INITIAL PRETRIAL CONFERENCE BEFORE THE DISTRICT COURT

The government respectfully requests the Court to order the period from February 6, 2006, until the date of the initial pretrial conference before the district court excluded for purposes of the Speedy Trial Act. In support of this request, the government states the following:

1) The period from February 6, 2006 until the date of the initial pretrial conference before the district court is excludable pursuant to 18 U.S.C. § 3161(h)(1)(F0 and (h)(8)(A), to allow the parties to prepare and file dispositive motions.

3) The parties agreed orally during an initial status conference on February 6, 2006, to exclude the above-referenced period. This Court instructed the government to file a joint motion to such effect.

WHEREFORE, the government respectfully requests that the period from February 6, 2006, until the date of the initial pretrial conference before the district court be excluded for

purposes of the Speedy Trial Act.

                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                     By:  /s/ S. Waqar Hasib
                              S. WAQAR HASIB
                              Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify I have caused a copy of the foregoing document to be served on counsel of record via electronic filing this 6th day of February, 2006.

                              /s/ S. Waqar Hasib
                              S. WAQAR HASIB
                              Assistant U.S. Attorney