# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10213-NMG

### UNITED STATES OF AMERICA

v.

### GEORGE MEDINA

### FINAL STATUS REPORT

FEBRUARY 6, 2006

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with the unlawful possession of ammunition by a felon, was returned on August 24, 2005;

2. The defendant was arraigned on the Indictment on September 21, 2005;

3. The defendant is currently in custody;

4. At the time of arraignment, the government estimated it would call three witnesses and that trial would last approximately two days;

    5.  Discovery appears to be complete and defense counsel will file a motion to suppress by April 3, 2006;

    6.  At this time, the parties anticipate that the case will be resolved by way of a trial;

    7.  The parties have agreed to exclude the time from today until the date of the next hearing before the district judge;

    8.  This case is hereby returned to the district judge to whom the case is assigned.


    /s/ Marianne B. Bowler
    MARIANNE B. BOWLER
    UNITED STATES MAGISTRATE JUDGE