UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
V.                       )    CRIMINAL NO. 05-CR-10213-NMG
                         )
GEORGE L. MEDINA         )
a/k/a JORGE L. MEDINA    )

        ASSENTED-TO MOTION FOR EXCLUDABLE DELAY FOR PERIOD FROM
              MARCH 16, 2006 UNTIL JUNE 12, 2006

   The government respectfully requests the Court to order the period from March 16, 2006, until June 12, 2006, excluded for purposes of the Speedy Trial Act.  In support of this request, the government states the following:

   1) The period from March 16, 2006 until April 16, 2006, is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A), to allow the parties to prepare and file dispositive motions.

   2) The period from April 17, 2006, until May 18, 2006, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(F), to allow for disposition of pending motions.

   3) The period from May 19, 2006, until June 12, 2006, is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) to allow the parties to prepare for trial.

   4) The parties agreed to exclude the above-described time periods during an initial pretrial conference on March 15, 2006. This Court instructed the parties to file an assented-to motion

                               1

to such effect.

WHEREFORE, the government respectfully requests that the period from March 16, 2006, until June 12, 2006, be excluded for purposes of the Speedy Trial Act.

                                      Respectfully submitted,
                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                            By:  <u>/s/ S. Waqar Hasib</u>
                                S. WAQAR HASIB
                                Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                          /s/ S. Waqar Hasib
                          S. WAQAR HASIB
                          Assistant United States Attorney

Date: March 16, 2006