UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                                                        )<br>)<br>GEORGE L. MEDINA               )<br>a/k/a JORGE L. MEDINA          ) | CRIMINAL NO. 05-CR-10213-NMG |

<u>ASSENTED-TO MOTION FOR EXCLUDABLE DELAY FOR PERIOD FROM
JUNE 13, 2006 UNTIL JUNE 29, 2006</u>

The government respectfully requests the Court to order the period from June 13, 2006, until June 29, 2006, excluded for purposes of the Speedy Trial Act.  In support of this request, the government states the following:

1) The period from June 13, 2006, until June 29, 2006, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(F), to allow for disposition of pending motions.

2) The parties agreed to exclude the above-described time period on May 18, 2006.  This Court instructed the parties to file an assented-to motion to such effect.

WHEREFORE, the government respectfully requests that the period from June 13, 2006, until June 29, 2006, be excluded for purposes of the Speedy Trial Act.

                Respectfully submitted,
                MICHAEL J. SULLIVAN
                United States Attorney

By:  <u>/s/ S. Waqar Hasib</u>
     S. WAQAR HASIB
     Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ S. Waqar Hasib
S. WAQAR HASIB
Assistant U.S. Attorney

Date: May 24, 2006