AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Geoge Medina | Case Number: 05-cr-10213 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Nathaniel M. Gorton | Hasib | Sinnis |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 7/11/16-all | Womack/Dahlstrom | Nicewicz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/11/06 | x | x | Photo group |
| 2 | | | x | x | Photo porch/screen |
| 3 | | | x | x | S&S waiver |
| 4 | | | x | x | location photo |
| 5 | | | x | x | photo basement chair |
| 6 | | | x | x | basement photo |
| 7 | | | x | x | photo to bulkhead |
| 8 | | | x | x | photo basement to exit door |
| 9 | | | x | x | photo basement x2 |
| 10 | | | x | x | photo l. room x4 |
| 11 | | | x | x | photo l. room x4 |
| 12 | | | x | x | CAD sheet |
| 13 | | | x | x | photo red door |
| 14 | | | x | x | photo basement x4 |
| | | | x | x | |
| 15 | | | x | x | ATF report |
| 16 | | 7/12/06 | x | x | Letter Hasib to Sinnis 6/8/06 |
| 17 | | | x | x | audio tape |
| 18 | | 7/13/06 | x | x | VIDEO (DVD) RECORDING OF HOUSE |
| | | | x | x | |
| | | | x | x | |
| | | | x | x | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages