UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10213-NMG |
| | ) | |
| GEORGE L. MEDINA | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE EXCESS PAGES**

Defendant George L. Medina moves for leave to file a post-hearing submission exceeding in length this Court's ten page limit. Although Mr. Medina's memorandum of law is within the ten page limit set by this Court and the twenty page limit established by Local Rule 7.1(B)(4), his entire submission includes five exhibits that, together with the memorandum, exceed ten pages. Out of an abundance of caution and in deference to this Court's page limit, Mr. Medina seeks leave to file the excess pages. The Government does not object to this request, or to the submission of Mr. Medina's Exhibits A through E.

> GEORGE L. MEDINA
> By his attorney,
>
> /s/ Stylianus Sinnis
> Stylianus Sinnis
> B.B.O. #
> Federal Defender Office
> 408 Atlantic Avenue, 3rd Floor
> Boston, MA  02110
> Tel: 617-223-8061

July 27, 2006

<u>                                                            </u>Certificate of Service

I, Stylianus Sinnis, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 27, 2006.

                                  /s/ Stylianus Sinnis
                                  Stylianus Sinnis