**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
(FAX) 617-223-8080

September 1, 2006

Hon. Marianne B. Bowler
U.S. Magistrate Judge
United States Courthouse
1 Courthouse Way
Boston, MA  02110

       **Re:   United States v. George Medina**
              **Criminal No. 05-10213-NMG**

Dear Judge Bowler:

    Your Honor conditionally released George Medina on August 23, 2006.  One of the conditions imposed requires that Mr. Medina maintain his residence at 3 Arch St., Haverhill, MA, and that he notify Pretrial Services, the United States Attorney's Office, and his attorney of any change in address in writing.

    On Wednesday, August 30, 2006 Mr. Medina informed me (acting on behalf of his attorney, Stellio Sinnis) that he was changing his residence to 39 Freeman St., Haverhill, MA 01830.  Mr. Medina further informed me that he had already notified Pretrial Services Officer Gina Affsa of the change.  I confirmed this with Ms. Affsa and notified Assistant U.S. Attorney Waqar Hasib of the change.  Neither Ms. Affsa nor Mr. Hasib had any opposition to the change of address.

                                    Respectfully submitted,


                                    /s/ Timothy G. Watkins
                                    Timothy G. Watkins


cc:   AUSA Waqar Hasib (by ECF)
      USPTSO Gina Affsa (by e-mail)