UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | | |
| v.   ) | Criminal No. 05-10213-NMG | |
| ) | | |
| **GEORGE L. MEDINA,**   ) | | |
| Defendant   ) | | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Gorton, J.) August 17, 2006 Memorandum and Order suppressing physical evidence and statements to be used in the trial against the defendant George L. Medina (docketed on August 17, 2006).

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    /s/ S. Waqar Hasib
        S. WAQAR HASIB
        Assistant U.S. Attorney

Certificate of Service

I hereby certify that on September 12, 2006, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

    /s/ S. Waqar Hasib
    S. WAQAR HASIB
    Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10213-NMG |
| ) | |
| GEORGE L. MEDINA, ) | |
|     Defendant ) | |

## CERTIFICATION

The government has filed a notice of appeal of the district court's August 17, 2006 Memorandum and Order suppressing physical evidence and statements. Pursuant to 18 U.S.C. §3731, the United States Attorney hereby certifies to the district court that the appeal is not taken for the purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

Respectfully submitted,

MICHAEL K. LOUCKS
Acting United States Attorney

9/7/6