UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 05-10213-NMG |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE L. MEDINA | ) | |
|     Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF APPEAL**

**(Assented-To)**

The United States of America hereby withdraws its notice of appeal (docket number 39) from the district court's (Gorton, J.) August 17, 2006 Memorandum and Order granting the defendant George L. Medina's motion to suppress and suppressing evidence that was seized during a warrantless search. The government states that it will not pursue the appeal and that this decision has come before the appeal was docketed with the United States Court of Appeals for the First Circuit. Each party will bear its own costs and fees.

On September 27, 2006, the undersigned spoke to the defendant's attorney and he assents to the withdrawal of this notice of appeal.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                By:  /s/ S. Waqar Hasib
                      S. WAQAR HASIB
                      Assistant U.S. Attorney

<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

<u>/s/ S. Waqar Hasib</u>
S. WAQAR HASIB
Assistant U.S. Attorney

September 29, 2006