UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Criminal No. 05-10213-NMG |
| ) | |
| GEORGE L. MEDINA         ) | |

**DISMISSAL OF INDICTMENT AGAINST GEORGE L. MEDINA**

Pursuant to FRCP 48(a), the Acting United States Attorney for the District of Massachusetts, Michael K. Loucks, hereby dismisses the defendant George L. MEDINA from the Indictment which charges him with possession of ammunition, in violation of 18 U.S.C. §922(g)(1). In support of this dismissal, the government states that in light of this Court's order dated August 17, 2006, suppressing certain evidence, the government will be unable to prove the charge in the Indictment beyond a reasonable doubt.

Respectfully submitted,

_____ 10/3/6
MICHAEL K. LOUCKS
Acting United States Attorney

By: _____
LAURA J. KAPLAN, Chief
Violent & Organized Crime
Section

_____
S. WAQAR HASIB
Assistant U.S. Attorney

Leave to File Granted:

_____ 10/27/06
Nathaniel M. Gorton, Judge
United States District Court